# MEMORANDUM ENDORSED



Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

July 1, 2022

The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/2022

**VIA ECF**

Re:    *Paguada v. Kymera Body Board, LLC*; Case No. 1:22-cv-1093 (GHW)

Dear Judge Woods:

We represent plaintiff Josue Paguada ("Plaintiff") in the above-referenced class action. We respectfully write in response to the Court's Order of February 9, 2022 (dates changed on June 8, 2022), directing the parties to submit a Joint Letter and Proposed Case Management Plan one week before the initial pretrial conference. *See* Docket No. 5. Defendant, Kymera Body Board, LLC ("Defendant") previously contacted Plaintiff's counsel indicating that Defendant would retain counsel in this matter. However, to date, no counsel has appeared on behalf of Defendant or contacted Plaintiff, and Defendant later stated that he will refuse to do so. Defendant must hire legal counsel, as this Court noted in its order. As Defendant has not yet done so, Plaintiff moves to adjourn the date of the Initial Pretrial Conference to allow time for Defendant to retain counsel.

Respectfully submitted,
/s/ Edward Y. Kroub
Edward Kroub, Esq.

Cc:    All Counsel of Record (via ECF)

---

Application granted. The initial pretrial conference scheduled for July 13, 2022 is adjourned to August 8, 2022 at 1:00 p.m. The joint status letter and proposed case management plan described in the Court's February 9, 2022 order are due no later than August 1, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 18.

SO ORDERED.

Dated: July 3, 2022
New York, New York

GREGORY H. WOODS
United States District Judge